856 A.2d 25

IN THE MATTER OF JOSEPH A. MAFFONGELLI, AN
ATTORNEY AT LAW (ATTORNEY NO. 230681969).

September 3, 2004.

## ORDER

This matter having been duly presented to the Court, it is
ORDERED that **JOSEPH A. MAFFONGELLI**, of **MONT-
CLAIR,** who was admitted to the bar of this State in 1969, and
who was suspended from the practice of law for a period of one
year effective August 1, 2003, by Order of this Court filed on July
2, 2003, be restored to the practice of law, effective immediately;
and it is further

ORDERED that respondent may engage in the private practice
of law only under the supervision of a practicing attorney ap-
proved by the Office of Attorney Ethics, this condition to be in
place for a period of one year and until the further Order of the
Court.